UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Tiffany Strand,

    Plaintiff,

 v.

Corinthian Colleges, Inc. d/b/a Everest College,

    Defendant.

Civil Action No.: 1:13-cv-01235-RHB

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Corinthian Colleges, Inc. d/b/a Everest College with prejudice and without costs to any party. The Court shall retain jurisdiction for the sole purpose of determining whether the settlement should be enforced upon motion of any party.

**DATED:** November _7_, 2014

Tiffany Strand

/s/ Sergei Lemberg
Sergei Lemberg, Esq.
LEMBERG LAW, LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Tel: (203) 653-2250
slemberg@lemberglaw.com
Attorney for Plaintiff

Corinthian Colleges, Inc. d/b/a Everest College

/s/ Kevin P Jacobs
Kevin P. Jacobs
HOMER BONNER JACOBS
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
Phone: (305) 350-5143
kjacobs@homerbonner.com
Attorney for Defendant

_____
SO ORDERED

## CERTIFICATE OF SERVICE

      I hereby certify that on November  7 , 2014, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Michigan Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Kevin P. Jacobs
HOMER BONNER JACOBS
1200 Four Seasons Tower
1441 Brickell Avenue
 Miami Florida  33131

                                    By  */s/ Sergei Lemberg*
                                          Sergei Lemberg, Esq.

Case 1:13-cv-01235-RHB Doc #30 Filed 11/07/14 Page 2 of 2   Page ID#191